*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  February 25, 2016          D-16-16
_____

In the Matter of ATTORNEYS IN
    VIOLATION OF JUDICIARY LAW
    § 468-a.

COMMITTEE ON PROFESSIONAL                 MEMORANDUM AND ORDER
    STANDARDS,                                  ON MOTION
                    Petitioner;

BEARTLAND T. CHAN,
                    Respondent.

(Attorney Registration No. 2536712)
_____


Calendar Date:  December 28, 2015

Before:  McCarthy, J.P., Egan Jr., Devine and Clark, JJ.

                    _____


        Monica A. Duffy, Committee on Professional Standards,
Albany, for petitioner.

        Beartland T. Chan, Summit, New Jersey, respondent pro se.

                    _____


Per Curiam.

        Respondent, who was admitted to practice by this Court in
1993, was suspended by this Court's order dated June 15, 2000 for
failure to comply with the attorney registration requirements of
Judiciary Law § 468-a (273 AD2d 600 [2000]).

        Respondent now requests reinstatement on the ground that
respondent has complied with the attorney registration
requirements of Judiciary Law § 468-a and the Rules of the Chief
Administrator of the Courts (see 22 NYCRR part 118).  Petitioner

does not object to respondent's application.

Respondent's application is granted and respondent is ordered reinstated, effective immediately.

McCarthy, J.P., Egan Jr., Devine and Clark, JJ., concur.

ORDERED that respondent's application is granted; and it is further

ORDERED that respondent is reinstated as an attorney and counselor-at-law in the State of New York, effective immediately.

ENTER:

Robert D. Mayberger
Clerk of the Court